IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD GORDON, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 14-cv-5848 |
| v. ) ) | Hon. John Z. Lee |
| CARIBBEAN CRUISE LINE, INC., a Florida corporation, and TRAVEL REWARDS, LLC, a Florida limited liability company, ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF MDL PETITION

In accordance with the Rule 6.2(a) of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiffs David Izsak and Sunny Holmes ("Plaintiffs") in the matter styled *Izsak et al. v. Caribbean Cruise Line, Inc.*, Case No. 14-cv-62231 (S.D. Fla.), hereby provide notice that a Motion for Consolidation and Transfer Under 28 U.S.C. § 1407 has been filed before the Judicial Panel on Multidistrict Litigation. *See In re Caribbean Cruise Line TCPA Text Litigation*, MDL No. 14-148 (J.P.M.L.). (A true and correct copy of the Motion is attached hereto as Exhibit A.)

Dated: November 14, 2014    Respectfully submitted,

                                                       DAVID IZSAK and SUNNY HOLMES, individually and on behalf of all others similarly situated

                                                       By: *s/ Joseph J. Siprut*
                                                            One of the Attorneys for Plaintiffs
                                                            And the Proposed Putative Class

Joseph J. Siprut
*jsiprut@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.241.1260

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing **Notice of MDL Petition** was filed electronically with the Clerk of the Court using the CM/ECF system on this 14th day of November, 2014, and served electronically on all counsel of record.

*s/ Joseph J. Siprut*