# "EXHIBIT B"

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
BRIAN M. JACKSON, individually and on behalf of all others similarly situated,

                     Plaintiff,

      v.

CARIBBEAN CRUISE LINE, INC.,

                     Defendant.
-----------------------------------------------------------------X

Civil Action
No. 2:14-cv-2485

## NOTICE OF APPEARANCE

Please take notice that Kyle A. Shamberg, Esq., (KS-5015) of Lite DePalma Greenberg, LLC, 211 W. Wacker Drive, Suite 500, Chicago, IL 60606, a member of this Court, hereby enters his appearance as counsel in this representation on behalf of the above-captioned Plaintiff.

_____
Kyle A. Shamberg [KS-5015]
**LITE DEPALMA GREENBERG, LLC**
211 W. Wacker Drive
Suite 500
Chicago, IL 60606
(212) 750-1265