# "EXHIBIT D"

| | |
|---|---|
| From: | Jeffrey Backman |
| To: | ben langille (benlangille44@gmail.com); ben langille (benlangille@outlook.com) |
| Cc: | Tiffany N. Hardy (thardy@edcombs.com); Brian Cummings; ABRAHAM KLEINMAN (akleinman@kleinmanllc.com); Noah Steimel (nsteimel@edcombs.com); Dan Edelman; Cathleen M. Combs; Khia Joseph |
| Subject: | FW: Jackson v. CCL (20581.0192) [IWOV-ACTIVE.FID8708511] |
| Date: | Tuesday, May 05, 2015 9:57:33 AM |
| Attachments: | image001.jpg<br>Follow Up Letter to Adsource re optin info SIGNED_Correspondence.PDF |

Ben, see the below E-mail from Ms. Hardy, along with the referenced attachment.

Sincerely,

**Jeffrey A. Backman, Esq.**
*Shareholder*
200 East Broward Boulevard
Suite 1800
Fort Lauderdale, FL  33301
Toll Free - (888)491-1120
Direct Fax - (954)213-0140
Direct Dial - (954)734-1853
Email:   jeffrey.backman@gmlaw.com
http://www.gmlaw.com

gm-horizontal-two-color.jpg


---

**From:** Tiffany N. Hardy [mailto:thardy@edcombs.com]
**Sent:** Monday, May 04, 2015 7:56 PM
**To:** Jeffrey Backman; Richard Epstein; Raul Valero; seapen@morganlawfirm.com
**Cc:** Noah Steimel; ABRAHAM KLEINMAN; Dan Edelman; Cathleen M. Combs
**Subject:** Jackson v. CCL

Mr. Backman,


Can you kindly forward the attached correspondence to Mr. Ben Langille.  We have some follow-up questions concerning the spreadsheet that was tendered.

Thank you,


Tiffany N. Hardy
Edelman Combs Latturner & Goodwin, LLC
20 South Clark Street
Suite 1500

Chicago, Illinois 60603
Telephone: (312)739-4200
Fax: (312)419-0379

<div style="text-align:center">

LAW OFFICES
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 S. Clark
Suite 1500
Chicago, Illinois 60603
Phone 312/739-4200
Fax 312/419-0379

</div>

May 4, 2015

Ben Langille
Burton Langille
Adsource Marketing
305-5670 Spring Garden Road
Halifax, NS Canada B3J 1H6

Dear Mr. Langille,

    Thank you for causing the spreadsheet to be forwarded to our office for review. I am writing pursuant to Fed. R. Civ. P. 37 as I have some follow-up questions to the spreadsheet and our prior discovery requests.

1. Please provide the name and a description of each field identified on the chart and describe the information contained therein.

2. Please provide a list of names, telephone numbers and addresses of each person Adsource caused to receive a text message advertising Caribbean Cruise Line, Inc., cruises and/or services.

3. Please provide an explanation detailing the reason why Plaintiff Brian Jackson's name and telephone number are not included on the spreadsheet.

Thank you in advance for your response and cooperation.

<div style="margin-left:50%">

Sincerely,

*Tiffany N. Hardy*

Tiffany N. Hardy

</div>