# "EXHIBIT E"

**GreenspoonMarder** LAW
888-491-1120
www.gmlaw.com

From the desk of:
Jeffrey A. Backman, Esq.
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Phone: 954.491.1120
Fax: 954.771.9264
Direct Phone: 954.734.1853
Direct Fax: 954.213.0140
Email: jeffrey.backman@gmlaw.com

May 12, 2015

*Via Federal Express (#7735 8496 8594)*

Tiffany N. Hardy
Cathleen M. Combs
Dan Edelman
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603-3593

Re: *Brian Jackson v. Caribbean Cruise Line, Inc.*
**Case No. 2: 14-cv-2485 (ADS) (AKT)**

Dear Tiffany:

Enclosed is a Flash Drive with additional documents Bates labeled CCL.000392 – CCL.022003 (JAX). These documents are encrypted, and you will be forwarded a decryption password by separate correspondence to enable you to access the files. As we explained in the Declaration filed in response to the Court's discovery order last year, Caribbean Cruise Line, Inc. ("CCL") does have the records of the leads that were transferred to it from AdSource (and prior to AdSource – Vatara Marketing). These documents do not reflect, and CCL has no way of knowing, which individuals may have received a text message, if any. Although we advised you that we had these documents last year, you never requested that they be produced. We are nonetheless producing them at this time.

Sincerely,

GREENSPOON MARDER, P.A.

/s/Jeffrey A. Backman

Jeffrey A. Backman, Esq.
For the Firm

Enclosures

cc: All counsel of record (via email w/o enclosures)