# "EXHIBIT F"

| | |
|---|---|
| **From:** | Noah Steimel |
| **To:** | seapen@morganlawfirm.com; Jeffrey Backman; Richard Epstein; Raul Valero; Brian Cummings; benlangille@outlook.com; benlangille44@gmail.com |
| **Cc:** | Tiffany N. Hardy; ABRAHAM KLEINMAN; jsiprut@siprut.com; isalam@siprut.com; kshamberg@litedepalma.com |
| **Subject:** | Jackson v. CCL, 14-cv-2485 |
| **Date:** | Wednesday, May 20, 2015 4:19:35 PM |
| **Attachments:** | Notice of 30(b)(6) Deposition to Adsource SIGNED_discovery.PDF |

Dear Counsel,

Attached please find a Notice of 30(B)(6) Depositions to Adsource Marketing, Ltd.

Sincerely,

Noah Rubiner Steimel
Paralegal to Tiffany N. Hardy
Edelman, Combs, Latturner, and Goodwin, LLC
20 S. Clark St., 15th Floor
Chicago, IL 60603
Phone: (312) 917-4524
Fax: (312) 419-0379
nsteimel@edcombs.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BRIAN M. JACKSON, :
individually and on behalf of a class, :
: 14-cv-2485-ADS-AKT
Plaintiff, :
:
v. :
:
CARIBBEAN CRUISE LINE, INC. :
ADSOURCE MARKETING, LTD :
and DOES 1-10, :
:
Defendants. :
-----------------------------------------------------------------x

## NOTICE OF 30(B)(6) DEPOSITIONS TO ADSOURCE MARKETING, LTD

To:   Adsource Marketing, Ltd.

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 30(b)(6) of the Federal Rules of Civil Procedure, we will take the depositions of the persons listed below. The depositions will take place telephonically, at Regus Business Center, 1959 Upper Water Street, Suite 1301, Tower 1, Halifax, NS B3J 3N2. The depositions will be taken before a person authorized to administer oaths and will continue until completed. Plaintiff reserves the right to use electronic audio and visual means to record said examination in conjunction with or instead of stenographic recordings.

| **Witness** | **Date/Time** |
|---|---|
| The person(s) most knowledgeable about the relationship between Adsource Marketing, Ltd. ("Adsource") and Caribbean Cruise Line, Inc ("CCL"). | Tuesday, June 9, 2015 at 10:00 a.m. Central Daylight Time |
| The person(s) most knowledgeable about the contract and/or agreement between Adsource and CCL. | Immediately following the above deposition |
| The person(s) most knowledgeable about the relationship between Adsource and Ben Langille. | Immediately following the above deposition |
| The person(s) most knowledgeable about the text messages sent by Adsource on behalf of CCL between April 18, 2010 and April 18, | Immediately following the above deposition |

1

| | |
|---|---|
| 2014. | |
| The person(s) most knowledgeable about the equipment used by Adsource to send text messages on behalf of CCL. | Immediately following the above deposition |
| Person(s) most knowledgeable and who can provide all information Adsource has regarding the creation, implementation and results of any web-based forms appearing on www.CruiseDealToday.com which contain the sentences, "By entering this promotion you expressly request a return telephone call from Caribbean Cruise Line (CRC) Marketing on behalf of Caribbean Cruise Line (CRC) and agree that Caribbean Cruise Line (CRC) marketing may contact you by telephone, email or mail including through the use of an autodialer for the promotion various travel offers. You expressly waive all federal and state no-call registry protections for the purpose of future marketing by Caribbean Cruise Line (CRC) Marketing. You understand that your consent here does not require you to purchase anything," or similar sentences containing the same or a similar message April 18, 2010 to the present. | Immediately following the above deposition |
| Person(s) most knowledgeable and who can provide all information Adsource has regarding the identity of recipients or intended recipients of Adsource's text message advertisements sent on behalf of CCL, then describe the circumstances and results of the sending of Adsource's advertisements to these recipients or intended recipients. | Immediately following the above deposition |
| Person(s) most knowledgeable and who can provide all information Adsource has regarding:<br><br>(i) During what time periods Ben Langille worked with Adsource and the extent and circumstances of his involvement with Adsource's text message advertising campaigns on behalf of CCL. | Immediately following the above deposition |

2

(ii) The identification of all Adsource employees who were involved in any text message advertising campaign that advertised for CCL and a description of their involvement.

(iii) Any dealings Ben Langille had with CCL and the details, circumstances and results of those dealings.

(iv) The circumstances, results and time periods during which Ben Langille used information Adsource obtained from CCL as it relates to Adsource's sending of text message advertisements.

(v) The circumstances, results and time periods during which Ben Langille used information Adsource obtained from CCL as it relates to Adsource's sending of text message advertisements on behalf of CCL.

(vi) The identification of any lists created by Ben Langille on behalf of Adsource that were ultimately sent to CCL for transmission of CCL's text message advertisements and a description of how he created these lists and where and how they are currently maintained or were maintained.

(vii) Circumstances by which Ben Langille would collect responses to CCL text message advertisements and what was done with those responses.

(vii) Describe what information from responses to CCL's text message advertisements was entered into Adsource's database, who entered it, when and how it was entered and how it is maintained.

3

| | |
|---|---|
| (iv) Identify what Adsource employee(s) received requests to opt out of receiving text message advertisements from Adsource and describe how that information was processed and maintained.<br><br>(x) Whether and how a list could be generated from Adsource's database identifying persons/entities and/or their telephone numbers that were sent text messages advertising Adsources's products and/or services from April 18, 2010 to April 18, 2014 and production of the results of those queries.<br><br>(xi) Whether and how a list could be generated from Adsource's database identifying recipients or intended recipients of any of Adsource's text message advertisements where Adsource transmitted the text messages on behalf of CCL from April 18, 2010 to April 18, 2014   and the production of that inquiry.<br><br>(xii) Whether the date of origination and source of origination of each contact, customer, list, lead or account in Adsource's database can be identified and sorted by source of origination and/or date of origination.<br><br>(xiii) Whether Adsource's database or any other electronic platform or documents can identify by either name or telephone number the intended recipients of each of Adsource's text message advertisements by campaign name or in any other manner from April 18, 2010 to April 18, 2014 and the production of that query.<br><br>(xiv) Whether and how a list can be generated from Adsource's database or | |

4

any other source or documents of persons and/or entities who consented to receiving text message advertisements from Adsource and the dates of their consent and the production of any list generated.

(xv) Whether and how the results of any of Adsource's text message advertising campaigns where Adsource transmitted the text messages were analyzed, if at all, and identification of the person(s) who were responsible for analyzing such data and the results of any such analysis(es).

(xvi) The extent, frequency and results of Ben Langille's involvement in generating lists of intended recipients from Adsource's database to be used in connection with Adsource's text message advertisements that were transmitted by Adsource.

(xvii) Campaign History fields and Campaign tab in Adsource's database. Including but not limited to the entry of data into and contents of the Campaign tabs and/or Campaign History fields in Adsource's database.

(xviii) Whether and how the contacts, customers, lists, leads or accounts in Adsource's database can be sorted, searched or culled by text message advertising campaigns and the results and contents of that query.

(xix) Whether the text or data entered into the Description Information and/or Description section of Adsource's database is in chronological order and if not, how it is organized, if at all.

(xx) The circumstances in which

5

information is inputted in bulk into Adsource's database.

(xxi) Whether Adsource's database contains any searchable field or record or whether any query could be run in the database to determine whether any of Adsource's text message advertisements were sent to a particular contact, customer, list, lead or account and/or whether any contact, customer, list, lead or account in Adsource's database was an intended recipient or recipient of any of Adsource's text message advertisement campaigns.

(xxii) Whether the origination date a contact, customer, list, lead or account's phone number was entered into Adsource's database can be ascertained and how that would be determined.

(xxiii) Whether the origination date a contact, customer, list, lead or account's lead source was entered into Adsource's database can be ascertained and how that would be determined.

(xxiv) The inputting of opt out information into Adsource's database.

(xxv) Regarding the calculation and results of CCL's return on its investment of sending advertisements by text message.

(xxvi) The contents of any information that was input into Adsource's database by persons/entities other than Adsource or its employees from April 18, 2010 to April 18, 2014.

(xxvii) The contents and view of a contact in Adsource's database that is automatically uploaded into Adsource's

6

|  |  |
|---|---|
| database that originates from a fillable form on www.CruiseDealToday.com.<br><br>(xxviii) Text message advertising campaigns created, (including creating a list of intended recipients), managed, or analyzed by Ben Langille on behalf of Adsource from April 18, 2010 to April 18, 2014.<br><br>(xxix) The text message advertisement, list of intended recipients, invoices, checks or other form of payment for the text messages Adsource sent on behalf of CCL from April 18, 2010 to April 18, 2014. |  |

/s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

Abraham Kleinman
KLEINMAN, LLC
626 RXR Plaza
Uniondale, New York 11556-0626
(516) 522-2621
(888) 522-1692 (FAX)

7

## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, certify that on May 20, 2015, or as soon thereafter as service can be effectuated, a copy of this document was served by process server upon the following:

Adsource Marketing, Ltd,
c/o Michael Tweel,
305-5670 Spring Garden Road
Halifax, NS Canada B3J 1H6

Furthermore, a copy of this document was sent via e-mail and US Mail to the following.

Jeffrey Backman
200 East Broward Blvd.,
Suite 1800
Fort Lauderdale, FL 33301
jeffrey.backman@gmlaw.com

Richard W Epstein
200 East Broward Blvd.,
Suite 1800
Fort Lauderdale, FL 33301
richard.epstein@gmlaw.com

Shaji Mathew Eapen
651 West Mount Pleasant Avenue
Suite 200
Livingston, NJ 07039
seapen@morganlawfirm.com

Ben Langille
Adsource Marketing, Ltd.
305-5670 Spring Garden Road
Halifax, NS Canada B3J 1H6
benlangille44@gmail.com
benlangille@outlook.com

Burton A. Langille
82 Pleasant Heights, RR2,
Pictou, NS Canada B0L 1H0

Daniel A. Edelman