# "EXHIBIT H"

| | |
|---|---|
| From: | Jeffrey Backman |
| To: | "Noah Steimel"; seapen@morganlawfirm.com; Richard Epstein; Raul Valero; Brian Cummings; benlangille@outlook.com; benlangille44@gmail.com |
| Cc: | Tiffany N. Hardy; ABRAHAM KLEINMAN; jsiprut@siprut.com; isalam@siprut.com; kshamberg@litedepalma.com; Khia Joseph |
| Subject: | RE: Jackson v. CCL, 14-cv-2485 (20581.0192) [IWOV-ACTIVE.FID8708511] |
| Date: | Thursday, May 21, 2015 1:32:13 PM |
| Attachments: | image001.jpg |

Ben, I see you were a recipient to the E-mail below. Before I incur the costs associated with attending this deposition, please confirm whether you intend to appear on the date and time noticed.

Sincerely,

**Jeffrey A. Backman, Esq.**
*Shareholder*
200 East Broward Boulevard
Suite 1800
Fort Lauderdale, FL 33301
Toll Free - (888)491-1120
Direct Fax - (954)213-0140
Direct Dial - (954)734-1853
Email:   jeffrey.backman@gmlaw.com
http://www.gmlaw.com

gm-horizontal-two-color.jpg


---

**From:** Noah Steimel [mailto:nsteimel@edcombs.com]
**Sent:** Wednesday, May 20, 2015 4:20 PM
**To:** seapen@morganlawfirm.com; Jeffrey Backman; Richard Epstein; Raul Valero; Brian Cummings; benlangille@outlook.com; benlangille44@gmail.com
**Cc:** Tiffany N. Hardy; ABRAHAM KLEINMAN; jsiprut@siprut.com; isalam@siprut.com; kshamberg@litedepalma.com
**Subject:** Jackson v. CCL, 14-cv-2485

Dear Counsel,

Attached please find a Notice of 30(B)(6) Depositions to Adsource Marketing, Ltd.

Sincerely,

Noah Rubiner Steimel
Paralegal to Tiffany N. Hardy
Edelman, Combs, Latturner, and Goodwin, LLC

20 S. Clark St., 15th Floor
Chicago, IL 60603
Phone: (312) 917-4524
Fax: (312) 419-0379
nsteimel@edcombs.com