# "EXHIBIT J"

| | |
|---|---|
| From: | Ismael Salam |
| To: | Jeffrey Backman |
| Cc: | Tiffany N. Hardy; akleinman@kleinmanllc.com; Daniel A. Edelman (dedelman@edcombs.com); ccombs@edcombs.com; Noah Steimel; Kyle A. Shamberg; Katrina Carroll (KCarroll@litedepalma.com); Joseph Siprut; Richard Miller |
| Subject: | Jackson -- Caribbean Cruise Line: Depositions of Lambert, Hanson, Higgins, and Poole |
| Date: | Wednesday, June 10, 2015 6:51:44 PM |
| Attachments: | image001.jpg<br>image002.png<br>image003.jpg<br>image004.gif<br>image005.png<br>image006.png<br>image007.jpg |

Jeffrey:

Siprut PC and Lite DePalma Greenberg, LLC will be taking the depositions of the individuals you indicated in your email below to Tiffany. With respect to Ms. Hanson and Ms. Higgins, can you clarify whether both are available on June 25 and June 26? Also, we assume all of the depositions will be conducted at your main office in Fort Lauderdale located at 200 East Broward Boulevard, Suite 1800, as stated in the notice of depositions. If that is not the case, please let us know. Please put us in contact with your secretary to arrange for court reporters.

Assuming Ms. Higgins is available on June 26, please confirm that we can begin her deposition at 9:30am (EST). Also, please confirm that we can begin Ms. Poole's deposition on June 29 at 9:30am (EST).

Kyle Shamberg will follow up regarding Mr. Lambert's and Ms. Hanson's depositions.



Ismael T. Salam
isalam@siprut.com

**S**IPRUT PC
17 North State Street
Suite 1600
Chicago, IL 60602
312.236.0616
Fax: 312.241.1260
www.siprut.com

  av 



CONFIDENTIALITY NOTICE: This message and any attachments may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of, or the taking of any action in reliance on, the contents of this information is strictly prohibited. If you have received this message in error, please delete all copies of this message and any attachments. S<small>IPRUT</small> PC is a Professional Corporation organized under the laws of the State of Illinois.

**From:** Jeffrey Backman [mailto:Jeffrey.Backman@gmlaw.com]
**Sent:** Wednesday, June 03, 2015 9:44 AM
**To:** Tiffany N. Hardy; ABRAHAM KLEINMAN (akleinman@kleinmanllc.com); Dan Edelman; Cathleen M. Combs; Noah Steimel
**Cc:** Brian Cummings; Richard Epstein; Khia Joseph
**Subject:** 20581.0192 Jackson v. CCL, et al. [IWOV-ACTIVE.FID8708511]

Tiffany, below are the dates the CCL witnesses you previously requested are available for deposition:

Dan Lambert - June 25

Missy Hanson and Donna Higgins – June 25, 26

Jen Poole (who will also likely be the designated corporate representative) - June 29, July 10

Please let me know ASAP which dates you wish to conduct these depositions as I cannot hold all of these dates open for very long.

*Jeffrey A. Backman, Esq.*
*Shareholder*
**200 East Broward Boulevard**
**Suite 1800**
**Fort Lauderdale, FL  33301**
**Toll Free - (888)491-1120**
**Direct Fax - (954)213-0140**
**Direct Dial - (954)734-1853**
**Email:   jeffrey.backman@gmlaw.com**
**http://www.gmlaw.com**



The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have

received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.