# "EXHIBIT K"

| | |
|---|---|
| **From:** | Tiffany N. Hardy |
| **To:** | Jeffrey Backman |
| **Cc:** | Richard Epstein; Brian Cummings; Raul Valero; ABRAHAM KLEINMAN; Dan Edelman; Cathleen M. Combs; Ismael Salam; Kyle A. Shamberg; Joseph Siprut; kcarroll@litedepalma.com |
| **Subject:** | RE: Letter to Tiffany Hardy, Esq. Enclosing Supplemental Privilege Log and Documents / 20581.0192 Jackson v. CCL 20581.0192 [IWOV-ACTIVE.FID8708511] |
| **Date:** | Thursday, June 11, 2015 1:38:21 PM |

It was unclear whether the documents were intended to be produced in a redacted form.

Tiffany N. Hardy
Edelman Combs Latturner & Goodwin, LLC
(312)739-4200
(312)419-0379 (fax)

---

**From:** Jeffrey Backman [mailto:Jeffrey.Backman@gmlaw.com]
**Sent:** Thursday, June 11, 2015 12:36 PM
**To:** Tiffany N. Hardy
**Cc:** Richard Epstein; Brian Cummings; Raul Valero; ABRAHAM KLEINMAN; Dan Edelman; Cathleen M. Combs; Ismael Salam; Kyle A. Shamberg; Joseph Siprut; kcarroll@litedepalma.com
**Subject:** Re: Letter to Tiffany Hardy, Esq. Enclosing Supplemental Privilege Log and Documents / 20581.0192 Jackson v. CCL 20581.0192 [IWOV-ACTIVE.FID8708511]

The documents are listed on the privilege log because of the protections asserted in the log. Why would those documents be produced?

There is no written joint defense agreement.

Jeff

Sent from my iPhone

On Jun 11, 2015, at 12:08 PM, "Tiffany N. Hardy" <thardy@edcombs.com> wrote:

> Counsel,
>
> I never received a response. Please provide the documents requested below as well as the joint defense agreement between CCL and Adsource.
>
> Thank you,
>
> Tiffany N. Hardy
> Edelman Combs Latturner & Goodwin, LLC
> (312)739-4200
> (312)419-0379 (fax)
>
> **From:** Tiffany N. Hardy
> **Sent:** Tuesday, June 09, 2015 1:16 PM
> **To:** Jeffrey Backman; Richard Epstein; Brian Cummings; Raul Valero

**Cc:** 'ABRAHAM KLEINMAN'; Dan Edelman; Cathleen M. Combs
**Subject:** RE: Letter to Tiffany Hardy, Esq. Enclosing Supplemental Privilege Log and Documents / 20581.0192 Jackson v. CCL [IWOV-ACTIVE.FID8708511]

Counsel,

I noticed that there is a gap in CCL's document production. It is appears that documents bearing Bates No. 306-391 are missing from CCL's document production. These documents are referenced in CCL's privilege log, but have not been produced. Please provide the missing documents by the close of business today. Also please promptly provide a copy of CCL and Adsource's joint defense agreement that is referenced in CCL's privilege log.

Thank you,

Tiffany N. Hardy
Edelman Combs Latturner & Goodwin, LLC
(312)739-4200
(312)419-0379 (fax)

---

**From:** Khia Joseph [mailto:Khia.Joseph@gmlaw.com]
**Sent:** Wednesday, May 06, 2015 4:26 PM
**To:** Tiffany N. Hardy; Cathleen M. Combs; Dan Edelman
**Cc:** Jeffrey Backman; Richard Epstein; Brian Cummings; Raul Valero; Maria Salgado; Maite Alvarez; Susan Samhoury
**Subject:** Letter to Tiffany Hardy, Esq. Enclosing Supplemental Privilege Log and Documents / 20581.0192 Jackson v. CCL [IWOV-ACTIVE.FID8708511]

Good Afternoon Ms. Hardy,

Please find attached CCL's supplemental privilege log and documents in furtherance of Caribbean Cruise Line, Inc's discovery obligations.

Thank You

<image001.jpg>
**Khia Joseph**
**Legal Assistant to Jeffrey Backman**
**Greenspoon Marder Law**
**200 East Broward Boulevard, Suite 1800**
**Fort Lauderdale, FL 33301**
**Main: (954) 491-1120, x: 1734**
**Direct: (954) 761-2957 | Fax: (954) 764-4996**
khia.joseph@gmlaw.com
www.gmlaw.com

The information contained in this transmission may be attorney/client privileged

and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have
received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.

The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.