# "EXHIBIT L"

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BRIAN M. JACKSON, individually and on
behalf of a class,

                                        Plaintiff,

                - against -                                       **ORDER**

                                                          CV 14-2485 (ADS) (AKT)
CARIBBEAN CRUISE LINE, INC.,
ADSOURCE MARKETING LTD, and
DOES 1-10,

                                        Defendants.
-----------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

        The Court has reviewed the following motions and opposition filed to those motions and

makes the following determinations:

        1.        Plaintiff's letter motion seeking an extension of the fact discovery deadline

[DE 93] is GRANTED;

        2.        Plaintiff's supplemental letter motion for an extension of the fact discovery

deadline [DE 94] is GRANTED, notwithstanding Defendants' opposition [DE 95];

        3.        As to Plaintiff's "Motion to Produce Information and Documents in the

Possession of Adsource" [DE 101] and Defendants' opposition [DE 103], Plaintiff's motion is

DENIED.  Among other things, the Court notes that in view of the unusual relief sought by

Plaintiff, a letter motion was inappropriate in the first instance since it presents no fully

developed legal argument supporting such unusual relief.  Moreover, the understanding

expressed by Plaintiff's counsel concerning the Court's reference to "seeking guidance" [DE 68]

1

is flawed. The Court made such reference in the context of potential motion practice, not in terms of providing legal strategy on how to handle a non-responsive defendant;

4.      Plaintiff's unopposed letter motion for an extension of time to file a Proposed Schedule for Exchange of Rule 56.1 Statements [DE 105] is GRANTED;

5.      With regard to Plaintiff's 1 ½ page letter motion seeking a Court-imposed daily sanction against AdSource "until it appears in the case and responds to plaintiff's reasonable discovery requests" [DE 113] and Defendants' response accompanied by 48 pages of exhibits, Plaintiff's motion is DENIED. Plaintiff's scant motion – considering the extraordinary relief being sought – is not in compliance with the Court's Rules concerning motion practice (even on letter motions) since it does not set forth a legal argument or cite a single case in support of such an argument. The Court further points out Plaintiff took steps in March 2015 to have a Certificate of Default entered against Defendant Adsource. Likewise, there is no indication in the record that Plaintiff has made any attempt to serve a subpoena on Adsource for either the documents or deposition it seeks.

The Court is directing the parties to confer and to provide the Court with a joint letter setting forth (1) what depositions have been completed; (2) what depositions remain to be completed; (3) what, if any, paper discovery is still open (with the understanding that the Court expects that all paper discovery between Plaintiff and Defendant CCL has been completed by this date); (4) whether the parties anticipate moving for full or partial summary judgment; and (5) any other open items. The letter is to be filed on ECF by April 20, 2016 and is limited to three pages. The contents of the letter must be directed to the five items noted and is not an invitation for further legal argument.

2

**SO ORDERED.**

Dated: Central Islip, New York
          March 31, 2016


/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge