# "EXHIBIT N"

| | |
|---|---|
| **From:** | Jeffrey Backman |
| **To:** | Brian Cummings; "Tiffany Hardy" |
| **Cc:** | akleinman@kleinmanllc.com; Cathleen Combs; Ismael Salam; Kyle A. Shamberg; Shelby Kost; Khia Joseph |
| **Subject:** | RE: 20581.0192 Jackson v. CCL - Status of Depositions in Nova Scotia [IWOV-ACTIVE.FID8708511] |
| **Date:** | Wednesday, May 11, 2016 12:36:52 PM |
| **Attachments:** | image002.jpg<br>image003.jpg |

Hi Tiffany, having not heard from you on this, we are removing the hold on our calendars for the dates provided. Let us know asap if something changes.

Sincerely,

**Jeffrey A. Backman, Esq.**
*Shareholder*
200 East Broward Boulevard
Suite 1800
Fort Lauderdale, FL 33301
Toll Free - (888)491-1120
Direct Fax - (954)213-0140
Direct Dial - (954)734-1853
Email: jeffrey.backman@gmlaw.com
http://www.gmlaw.com

gm-horizontal-two-color.jpg


**From:** Brian Cummings
**Sent:** Thursday, May 05, 2016 2:33 PM
**To:** 'Tiffany Hardy'; Jeffrey Backman
**Cc:** akleinman@kleinmanllc.com; Cathleen Combs; Ismael Salam; Kyle A. Shamberg; Shelby Kost; Khia Joseph
**Subject:** 20581.0192 Jackson v. CCL - Status of Depositions in Nova Scotia [IWOV-ACTIVE.FID8708511]

Tiffany:

Please let us know at your earliest convenience if your office has taken any action to compel the attendance of Mr. Langille for deposition in Halifax, Nova Scotia, on June 7, 2016, or determined whether or not any representative of AdSource will voluntarily appear. We have not seen a notice of hearing for these depositions, which were only tentatively scheduled for June 7.

We are holding dates on Mr. Backman's calendar for these depositions that are otherwise needed for obligations in other matters, so we would appreciate having a firm date established for these depositions if they are going to be conducted.

We also need to make travel arrangements, and we reiterate our concern about incurring expenses

for travel to Nova Scotia for depositions in which witnesses fail to appear.

Please let us know the status of these depositions so we can plan and proceed accordingly. Thank you.

Brian



Brian R. Cummings, Esquire
Greenspoon Marder, P.A.
SunTrust Financial Centre
401 E. Jackson St., Suite 1825
Tampa, FL 33602
813-769-7020 (Office)
813-426-8580 (Office Fax)
Email: Brian.Cummings@gmlaw.com

**From:** Tiffany Hardy [mailto:thardy@edcombs.com]
**Sent:** Wednesday, April 20, 2016 4:15 PM
**To:** Brian Cummings; Jeffrey Backman
**Cc:** akleinman@kleinmanllc.com; Cathleen Combs; Ismael Salam; Kyle A. Shamberg; Shelby Kost
**Subject:** Status Report Revised 4.18.16_pleading - REVISED BY ccl
**Importance:** High

Counsel,

Attached are plaintiff's revisions to defendant's redline draft. Please review and advise.

Tiffany N. Hardy
Edelman Combs Latturner & Goodwin, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312)739-4200 (Telephone)
(312)419-0379 (Fax)