# "EXHIBIT O"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN M. JACKSON Individually and on behalf
of a class,

                          Plaintiff,                      **ORDER**

             -against-                    CV 14-2485 (ADS) (AKT)

CARIBBEAN CRUISE LINE, INC., DOES 1-10,
and ADSOURCE MARKETING LTD,

                       Defendants.
-------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Court has reviewed the parties' joint letter dated April 20, 2016 [DE 119] in response to the Court's Order and directives issued on March 31, 2016 [DE 118]. At the outset, the Court points out that whatever plaintiff or both sides intend to do regarding AdSource, a Rule 30(b)(6) deposition of AdSource and/or Mr. Ben Langille is entirely up to the parties at this juncture. This particular issue has proceeded in a circular manner since at least November 2014 without any resolution and, as the Court has previously noted, plaintiff had a certificate of default entered against AdSource some time ago. The Court is adopting the July 29, 2016 discovery deadline proposed by the parties and cautions counsel that this date will not be further extended.

      As to the purported "open" paper discovery, plaintiff states that the discovery propounded on defendant AdSource on December 19, 2014 "are still outstanding." Plaintiff's counsel is referred to the multiple prior Orders of this Court dealing with the discovery plaintiff served on AdSource, including the Court's declining to take certain actions proposed by plaintiff because the motions were improper or were not in compliance with the Court's Individual Rules or prior Orders. Plaintiff is well aware of what limited avenues of relief are available in these

circumstances and has done nothing at this juncture, to the Court's knowledge, to pursue those limited options. Consequently, plaintiff proceeds at his own risk as to any information he believes he is entitled to from AdSource.

The Court is adopting the briefing schedule proposed by the parties for plaintiff's class certification motion, as follows:

- Plaintiff's Motion for Class Certification is to be filed by: July 29, 2016
- Defendants' Response is to be filed by: August 31, 2016
- Plaintiff's Reply is to be filed by: September 21, 2016.

As to summary judgment motion practice, the Court is not approving the proposed schedule. Judge Spatt requires a pre-motion conference for purposes of moving for summary judgment. Prior to requesting such conference, the parties are required to exchange their Rule 56.1 Statements. The schedule to do so, as well as the schedule to complete the pre-trial phase of the case, is as follows:

- Moving party's Rule 56.1 Statement of Undisputed Facts must be served by: October 14, 2016
- Opposing party's Rule 56.1 Counterstatement must be served by: November 7, 2016
- Any letter request for a pre-motion conference to Judge Spatt for purposes of making a summary judgment motion must be filed by: November 21, 2016
- Proposed Joint Pre-Trial Order must be filed on ECF by: February 22, 2017
- Pre-Trial Conference will be held on February 28, 2017 at 2:30 p.m.

Dated: Central Islip, New York
       April 22, 2016

                                       /s/ A. Kathleen Tomlinson
                                       A. KATHLEEN TOMLINSON
                                       United States Magistrate Judge