# "EXHIBIT P"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
BRIAN M. JACKSON,
individually and on behalf of a class,

    Plaintiff,

  v.                Case No. 2:14-cv-02485-ADS-AKT

CARIBBEAN CRUISE LINE, INC.,
ADSOURCE MARKETING LTD,
and DOES 1-10,

    Defendants.
-------------------------------------------------------------------x

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS
### MOTION TO DISMISS THE ACTION PURSUANT TO RULE 41

  Plaintiff, Brian Jackson, by and through his counsel, respectfully request that this Court enter an Order of Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. Plaintiff requests that his individual claims be dismissed with prejudice and the claim alleged on behalf of the putative class members be dismissed without prejudice. Each party is to bear their own costs.

  Plaintiff commenced this class action in March 2014 alleging that Defendant Caribbean Cruise Line, Inc directed, and/or caused Defendant Ad Source Marketing Ltd to send unsolicited text messages advertising Caribbean Cruise Line services to Plaintiff and the putative class members in violation of the Telephone Consumer Protection Act.

  Plaintiff has diligently attempted to prosecute this case on behalf of himself and the putative class, but has experienced great difficulty in obtaining the necessary discovery from defendant AdSource which appears to be due to the concerted efforts of the Defendants.

  Due to the continual and consistent nonresponsiveness of Canadian defendant Adsource, as well as extreme difficulty plaintiff would have obtaining the necessary relief through the

Canadian judicial system, plaintiff requests that this Court enter an Order dismissing this action with prejudice as to the claims of the plaintiff Brian M. Jackson and without prejudice as to the claims alleged on behalf of the putative class members, which each party to bear their own costs.

/s/Tiffany N. Hardy
Tiffany N. Hardy

Tiffany N. Hardy
Cathleen M. Combs
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
Tiffany N. Hardy
(312) 739-4200
(312) 419-0379 (FAX)

Abraham Kleinman
KLEINMAN, LLC
626 RXR Plaza
Uniondale, New York 11556-0626
(516) 522-2621
(888) 522-1692 (FAX)

## CERTIFICATE OF SERVICE

      I, Tiffany N. Hardy, certify that on July 27, 2016, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF System, which sent notification of such filing to the following parties:

Jeffrey Backman
jeffrey.backman@gmlaw.com

Richard W Epstein
richard.epstein@gmlaw.com

Brian R. Cummings
brian.cummings@gmlaw.com

Shaji Mathew Eapen
seapen@morganlawfirm.com

Furthermore, a copy of this document was served via E-Mail and U.S. Mail upon the following parties:

    Ben Langille
    Adsource Marketing, Ltd.
    305-5670 Spring Garden Road
    Halifax, NS Canada B3J 1H6
    benlangille44@gmail.com
    benlangille@outlook.com

    Burton A. Langille
    82 Pleasant Heights, RR2,
    Pictou, NS Canada B0L 1H0

    Adsource Marketing, Ltd,
    c/o Michael Tweel,
    305-5670 Spring Garden Road
    Halifax, NS Canada B3J 1H6

                                                 /s/Tiffany N. Hardy
                                                 Tiffany N. Hardy