# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RICHARD GORDON, individually and on behalf of all others similarly situated, | Case No. 1:14-cv-05848 |
| Plaintiff, | The Honorable John Z. Lee |
| v. | |
| CARIBBEAN CRUISE LINE, INC., a Florida corporation, and TRAVEL REWARDS, LLC, a Florida limited liability company, | |
| Defendants. | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Richard Gordon, on behalf of himself and the putative class, files this Notice of Supplemental Authority to apprise the Court of the District of Arizona's ruling in *Knapper v. Cox Commn's, Inc.*, No. CV-17-00913-PHX-SPL (D. Ariz. February 6, 2019), as that ruling bears on the issues raised in Plaintiff' pending Motion for Class Certification. *See* ECF Doc. Nos. 104 at 17-18; 114 at 11-12. A copy of the *Knapper* opinion is attached hereto as Exhibit "A".

Dated: February 7, 2019

                                                     Respectfully submitted,

                                                   */s/ Katrina Carroll*

                                                   Kyle A. Shamberg, Esq.
                                                   *kshamberg@litedepalma.com*
                                                   Katrina Carroll, Esq.
                                                   *kcarroll@litedepalma.com*
                                                   **LITE DEPALMA GREENBERG, LLC**
                                                   111 W. Washington Street, Suite 1240
                                                   Chicago, Illinois 60602
                                                   312.750.1265

                                                   **Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on February 7, 2019, she caused a true and correct copy of the foregoing NOTICE OF SUPPLEMENTAL AUTHORITY to be filed electronically with the Clerk of the Court to be filed and served on all parties via the Court's CM/ECF system.

By: */s/Katrina Carroll*
Katrina Carroll