# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD GORDON, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:14-cv-05848 ) ) |
| v. | ) Hon. John Z. Lee |
| CARIBBEAN CRUISE LINE, INC., a Florida corporation, | ) ) ) ) ) |
| Defendant. | ) |

**DECLARATION OF DAVID IZSAK**

I, David Izsak, hereby declare as follows:

1. I reside in Chicago, Illinois.

2. I am one of the Plaintiffs in a case pending in court in the Southern District of Florida that is captioned *Izsak & Holmes v. Caribbean Cruise Line, Inc.*, 14-cv-62231 (S.D. Fla.). That case involves violations of the federal Telephone Consumer Protection Act of 1991.

3. On or about May 1, 2014, I received a text message from "winner8@mobiletextalerts.net" advertising a trip and asking me to call the phone number 954-541-8434.

4. On or about May 1, 2014, I called the number 954-541-8434. A human being informed me that I was selected for a free cruise operated by Caribbean Cruise Line, Inc.

5. Having reviewed the details of this matter, I am aware of the duties of the named class representative, and am willing to step in as the named plaintiff and lead this case before Your Court on behalf of the putative class. I am willing to be an active participant in this case and do not have interests adverse to other class members.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of March, 2019.

                                          _____
                                          David Izsak