# "EXHIBIT 1"

# COMPOSITE EXHIBIT "A"

Case 1:14-cv-05848 Document #: 155-1 Filed: 04/05/19 Page 3 of 10 PageID #:3808
Case 2:14-cv-02485-ADS-AKT Document 130-1 Filed 08/22/18 Page 2 of 9 PageID #: 1304
Case 2:14-cv-02485-ADS-AKT Document 98 Filed 04/15/15 Page 1 of 1 PageID #: 986

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
BRIAN M. JACKSON, individually and on
behalf of all others similarly situated,

        Plaintiff,      Civil Action
               No. 2:14-cv-2485
  v.

CARIBBEAN CRUISE LINE, INC.,

        Defendant.
---------------------------------------------------------------X

### NOTICE OF APPEARANCE

Please take notice that Kyle A. Shamberg, Esq., (KS-5015) of Lite DePalma Greenberg, LLC, 211 W. Wacker Drive, Suite 500, Chicago, IL 60606, a member of this Court, hereby enters his appearance as counsel in this representation on behalf of the above-captioned Plaintiff.

                _/s/ Kyle A. Shamberg_
                Kyle A. Shamberg [KS-5015]
                **LITE DEPALMA GREENBERG, LLC**
                211 W. Wacker Drive
                Suite 500
                Chicago, IL 60606
                (212) 750-1265

Case 1:14-cv-05848 Document #: 155-1 Filed: 04/05/19 Page 4 of 10 PageID #:3808
Case 2:14-cv-02485-ADS-AKT Document 130-1 Filed 08/22/16 Page 3 of 9 PageID #: 1305
Case 2:14-cv-02485-ADS-AKT Document 106 Filed 04/30/15 Page 1 of 1 PageID #: 1065

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
BRIAN M. JACKSON, individually and on
behalf of all others similarly situated,

                Plaintiff,

      v.

CARIBBEAN CRUISE LINE, INC.,

                Defendant.
---------------------------------------------------------------X

Civil Action
No. 2:14-cv-2485

## NOTICE OF CHANGE

Please take notice that the law firm affiliation of Kyle A. Shamberg, Esq.. (KS-5015), a member of this Court and one of the attorneys for the above-captioned Plaintiff, has changed. Mr. Shamberg's new law firm affiliation and contact information is as follows:

        Kyle A. Shamberg
        **LITE DEPALMA GREENBERG, LLC**
        211 W. Wacker Drive
        Suite 500
        Chicago, IL 60606
        (312) 750-1265
        kshamberg@litedepalma.com

        _/s/ Kyle A. Shamberg_
        Kyle A. Shamberg [KS-5015]
        **LITE DEPALMA GREENBERG, LLC**
        211 W. Wacker Drive
        Suite 500
        Chicago, IL 60606
        (312) 750-1265

Page 1

```
 1
                 UNITED STATES DISTRICT COURT
 2               EASTERN DISTRICT OF NEW YORK
                    CASE NO. CV-14 2485
 3
 4
     BRIAN M. JACKSON,
 5   Individually and on behalf of a class,
 6            Plaintiff,
 7   VS.
 8   CARIBBEAN CRUISE LINE, INC.,
     ADSOURCE MARKETING, LTD.,
 9   and Does 10,
10            Defendants.
11   _____/
12
13
14               200 East Broward Boulevard
                         18th Floor
15                 Fort Lauderdale, Florida
                        June 25, 2015
16                 10:04 a.m. - 11:13 a.m.
17
18                      EXCERPTS OF
19              DEPOSITION OF DANIEL LAMBERT
20
21
22        Taken before Amy Cook, Professional Court Reporter
23   and Notary Public in and for the State of Florida at Large,
24   pursuant to Notice of Taking Deposition filed in the
25   above-mentioned cause.
```

Page 4

1  THEREUPON:
2            DANIEL LAMBERT,
3  called as a witness on behalf of the Plaintiffs herein, having
4  been first duly sworn, responded "Yes," was examined and
5  testified as follows:
6            DIRECT EXAMINATION
7  BY MR. SHAMBERG:
8      Q.  Good morning, Mr. Lambert.
9      A.  Good morning.
10     Q.  I'm Kyle Shamberg. I'm representing the attorney
11  Brian Jackson in this case. I'll be asking you some questions
12  today.
13          To start out, you can state your full name for the
14  record.
15     A.  Daniel Lambert.
16     Q.  Your date of birth?
17     A.  10/26/68.
18     Q.  Have you ever been deposed before?
19     A.  Yes.
20     Q.  How many times, do you know?
21     A.  No. I don't know. Many.
22     Q.  I'm going to go through some ground rules. I'm sure
23  you've heard these before, but we will go through them again
24  today. First off, I'd ask you to answer any questions I ask
25  you verbally rather than a nod or shake of the head so the

Case 1:14-cv-05848 Document #: 155-1 Filed: 04/05/19 Page 7 of 10 PageID #:38081
Case 2:14-cv-02485-ADS-AKT Document 130-1 Filed 05/22/15 Page 6 of 9 PageID #: 1308

[director - guy]                                                                 Page 4

| | | | |
|---|---|---|---|
| director 11:18,22 21:16 | eastern 1:2 | expires 47:13 48:21 | forward 37:13 43:13 45:3 49:15 |
| disclaimer 24:14 | education 6:6 | explain 18:10 20:2 | forwarded 30:19 |
| disclosure 39:13 | either 26:8 33:6 37:14,23 | expressly 23:22 | foundation 39:3 |
| discovered 43:3 | elected 18:11 | extent 14:22 | four 37:11 |
| discussed 44:11 | elite 13:11,14,17,23 14:21,23,24 15:17 | **f** | franklin 49:1 |
| discussing 30:13 35:18 39:10 | email 49:16 | fair 5:8 | free 32:10 34:9 50:14 51:20 |
| district 1:1,2 | employed 8:23 | familiar 12:20 15:2 15:17,19,21,24 25:18 | full 4:13 37:10 |
| doc 29:23 | employee 11:15 48:12 | familiarize 30:2 | function 21:13 |
| document 23:8,9 24:10 29:16,17 30:2 30:9,24,25 31:22,24 31:25 32:3 33:13,17 33:21 35:15 36:20 36:25 37:1,10 38:15 38:17,19 40:3,5,6 42:7 43:18,20 | employment 8:20 | far 10:23 | further 30:16 48:11 |
| | enclosed 49:11 | ff 47:13 48:20 | future 41:14 |
| | engaged 17:21,23 37:22 38:1 39:1 | filed 1:24 27:19 | **g** |
| | ensure 24:22 26:12 27:4 33:4 41:14,17 41:20 43:13 45:3 | final 20:12 | general 19:18 |
| | | financial 9:4 | generally 19:9,14 |
| | | financially 48:14 | generate 11:11 17:21 |
| | | find 36:4 45:9 49:11 | generated 17:4 37:14 |
| documents 7:12 39:22 42:5 | ensuring 26:24 | finds 13:20 | geographic 18:5 19:12 |
| doing 8:19 18:3 41:16,23 43:15 45:7 45:9,21 46:2,4 | entered 51:9 | fine 5:11 | |
| | entering 23:21 | first 4:4,24 27:19,25 38:19 39:12 40:24 | give 8:15 10:7 36:9 |
| | entire 5:6 30:25 50:5 51:5 | fit 45:8 | given 5:15 |
| donna 34:3 | entities 16:10,11 37:20 | five 8:16 27:17,18 27:21 37:11 | gls 15:14 |
| drakead12 34:4 | | | gmail.com 34:4 |
| drive 2:4 | entity 15:22 | fixed 43:5 | gmlaw.com 2:7 |
| due 43:3 45:6,9 | errata 49:13,15,18 51:7,10,18 52:1 | floor 1:14 | go 4:22,23 6:9 25:13 36:16 41:25 46:7 |
| duly 4:4 47:7 | | florida 1:15,23 2:9 18:19,20,23 19:20 19:23 47:3 48:3,7 48:16,20 | |
| **e** | error 30:24 | | going 4:22 10:14 22:6 30:12 31:22 32:21 36:20 43:13 45:3 |
| e 3:1,7,7 11:17,19,21 12:8,9 14:9 16:3,8 23:14,25 28:24 29:2 29:21,23 30:5,13,20 31:6,12,15,18 32:5 32:14,15,18 33:22 34:6,8,20 35:2,10 35:16,17,19 36:2,13 38:19,21,23,25 39:9 40:7,19,24 41:4,24 42:10,14 43:9,21 44:4,20 | esquire 2:2,7 | | |
| | estate 9:5 | | |
| | et 49:6 | follows 4:5 | |
| | exact 21:5 39:14,15 | foregoing 48:8 50:13 51:18 | |
| | exactly 20:8 21:2 22:16 | | ==good 4:8,9== |
| | | form 10:22 16:20 17:17 20:5,22 22:5 22:20,25 24:7,12,20 25:12,22 26:3,19 27:6,23 28:3 30:7 31:9 33:11 34:16 35:6 39:21 41:3,8 41:19 42:20 43:1,14 44:7,23,25 45:18 | ==governing 25:23== |
| | examination 3:4 4:6 | | greenberg 2:3 |
| | examined 4:4 | | greenspoon 2:8 37:5 |
| | exclamation 40:16 | | ground 4:22 |
| | executed 51:10 | | guess 8:17 12:19 46:3 |
| | execution 50:14 51:19 | | guessing 38:11 |
| earlier 16:2 | expert 26:4 | | guy 12:1 |
| east 1:14 2:8 | expiration 50:19 51:25 52:25 | fort 1:15 2:9 | |

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CASE NO. CV-14 2485

BRIAN M. JACKSON,
Individually and on behalf of a class,

    Plaintiff,

VS.

CARIBBEAN CRUISE LINE, INC.,
ADSOURCE MARKETING, LTD.,
and Does 10,

    Defendants.
_____/

200 East Broward Boulevard
18th Floor
Fort Lauderdale, Florida
June 25, 2015
1:03 p.m. - 1:46 p.m.

**EXCERPTS OF**

DEPOSITION OF MISSY HANSON

    Taken before Amy Cook, Professional Court Reporter and Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above-mentioned cause.

Page 4

1  THEREUPON:

2            MISSY HANSON,

3  called as a witness on behalf of the Plaintiff herein, having

4  been first duly sworn, responded "Yes," was examined and

5  testified as follows:

6            DIRECT EXAMINATION

7  BY MR. SHAMBERG:

8       Q.   Hi, Ms. Hanson.

9       A.   Hi.

10      Q.   I'm Kyle Shamberg and I'll be asking you some

11  questions today.

12      A.   Okay.

13      Q.   Do you prefer that I call you "Ms. Hanson" or

14  "Missy" or something else?

15      A.   Doesn't matter. Whatever you'd like.

16      Q.   Could you state your full name for the record.

17      A.   Melissa Lynn Hanson.

18      Q.   Your date of birth?

19      A.   3/4/69.

20      Q.   Have you ever been deposed before?

21      A.   No.

22      Q.   I'm going to tell you a few ground rules just so you

23  know.

24      A.   Okay.

25      Q.   I'm going to ask you to respond to all of my

Case 1:14-cv-05848 Document #: 155-1 Filed: 04/05/19 Page 10 of 10 PageID #:38081
Case 2:14-cv-02485-ADS-AKT Document 130-1 Filed 06/22/16 Page 9 of 9 PageID #: 1311

[email - know]  Page 3

| | | | |
|---|---|---|---|
| email 32:16 | floor 1:14 | **h** | individually 1:4 |
| employee 31:12 | florida 1:14,22 2:9 | h 3:7 | 13:7 27:6 |
| enclosed 32:11 | 30:3 31:3,7,16,20 | half 7:1 | information 13:1 |
| ensure 23:22 | flow 14:18 | hand 30:9 31:15 | 24:6 |
| ensuring 26:2 | following 15:24 | hanson 1:18 3:2 4:2 | ins 27:10 |
| entered 34:9 | follows 4:5 | 4:8,13,17 22:20 | interested 31:14 |
| entire 33:5 34:5 | foregoing 31:8 | 24:4 27:4 30:7 31:8 | interpret 23:8 |
| entity 11:7 | 33:13 34:18 | 32:9 33:4,9 34:4,13 | invoicing 15:25 16:7 |
| errata 32:13,15,18 | form 6:5 12:6 14:5 | 35:20 | involvement 12:13 |
| 34:7,10,18 35:1 | 16:15 17:22 18:8,21 | happened 21:9,19 | ip 26:15,21,25 27:2 |
| esquire 2:2,7 | 19:12 21:22 22:11 | 21:20 | 27:9,13 28:4,16 |
| et 32:6 | 23:10,17 27:15 28:5 | happens 20:1 | issue 22:14 24:12 |
| eta 15:23 | 28:21 | head 5:1 | **j** |
| exactly 8:5 9:12 | fort 1:14 2:9 20:14 | heard 7:22,23 10:19 | jackson 1:4 32:6 |
| 11:11 | 20:15 | 13:15,21,23 | 33:3 34:3 |
| examination 3:4 4:6 | forward 6:18 16:1 | hearing 13:18 | james 6:16 15:22 |
| examined 4:4 | 18:6 25:13 32:15 | held 7:2 | 19:3 26:19 |
| executed 34:10 | forwarded 25:10 | helps 28:2 | jeff 6:6,9,12 |
| execution 33:14 | frank 21:8,11,19,21 | hi 4:8,9 15:25 | jeffrey 2:7 32:5 |
| 34:19 | franklin 32:1 | higgins 22:23 | jeffrey.backman |
| exists 13:23 | free 33:14 34:20 | highest 5:25 | 2:7 |
| expiration 33:19 | ft 19:18 20:13,15 | holding 7:20 | jen 22:22 28:3 |
| 34:25 35:25 | full 4:16 | holiday 7:8,8 | jen's 28:10 |
| expires 30:12 31:21 | further 29:8 31:11 | holidaycruiseln.co... | jennifer 12:16 15:22 |
| explain 11:16 19:9 | **g** | 7:11 | 16:9 17:4,15,19 |
| 21:20 | generally 21:14 | hotel 9:3 | 24:5,9 25:10 26:12 |
| explained 21:9,19 | getting 28:25 | huh 5:4 | 27:13 28:8 |
| **f** | given 5:19 | **i** | jim 8:9,10,14 27:12 |
| familiar 9:19 10:15 | gmlaw.com 2:7 | idea 9:15 11:9 12:9 | jim's 21:6 28:9 |
| 11:1 | go 6:18 16:1 17:10 | 12:12 13:25 23:20 | job 7:2 |
| ff 30:12 31:20 | 21:17 | 25:14 27:1,11 | july 23:1 24:11 30:9 |
| filed 1:23 | goes 19:23 | illinois 2:5 32:2 | 31:16 32:4 |
| financially 31:14 | going 4:22,25 14:8 | immediately 23:3,16 | june 1:15 17:15,25 |
| find 11:18 19:5 | 23:25 24:23 25:6 | 25:3,6 | 19:4 24:5 |
| 32:11 | 26:3,8 | imperial 8:3 | **k** |
| finds 11:21,23 | **good 5:11 26:21** | inception 8:11 | k 3:7 |
| finish 5:10,11 | **gp 19:18** | included 32:13 | kind 5:2,7 8:22,23 |
| first 4:4 13:18 14:17 | greenberg 2:3 | incorporated 34:12 | 12:22 14:13 16:18 |
| 19:9 20:3 21:5 | greenspoon 2:8 | incorrectly 21:24 | know 4:23 5:14 6:18 |
| 24:24,25 26:9,11 | ground 4:22 | indicating 11:4 | 7:21,24 9:11,11,12 |
| five 8:6 | gw 19:18 | 14:10 16:22 22:17 | 10:4,6,9,12,21,22,23 |
| fl 19:18 20:6,11 | | 24:1,20 26:5 32:13 | 11:3,7,11 12:4,16 |
| flip 14:23 18:5 | | individual 13:9 | 13:22,24 14:12 |
| | | | 15:12 16:24 17:2 |