# "EXHIBIT 4"

| | |
|---|---|
| From: | Jeffrey Backman |
| To: | Tiffany N. Hardy (thardy@edcombs.com); Noah Steimel (nsteimel@edcombs.com) |
| Cc: | Brian Cummings; Khia Joseph |
| Subject: | (20581.0192) Jackson v. CCL, 14-cv-2485 [IWOV-ACTIVE.FID8708511] |
| Date: | Wednesday, May 20, 2015 5:26:15 PM |
| Attachments: | image001.jpg<br>Notice of 30(b)(6) Deposition to Adsource SIGNED_discovery.PDF |

Have you all confirmed with anyone on behalf of AdSource that this deposition is going forward? Are you mailing it (I don't see an address for AdSource in the Notice)? Are you also going to serve a subpoena?

Please advise before we incur the costs associated with attending this deposition in Canada.

Sincerely,

**Jeffrey A. Backman, Esq.**
*Shareholder*
200 East Broward Boulevard
Suite 1800
Fort Lauderdale, FL 33301
Toll Free - (888)491-1120
Direct Fax - (954)213-0140
Direct Dial - (954)734-1853
Email:   jeffrey.backman@gmlaw.com
http://www.gmlaw.com

gm-horizontal-two-color.jpg


---

**From:** Noah Steimel [mailto:nsteimel@edcombs.com]
**Sent:** Wednesday, May 20, 2015 4:20 PM
**To:** seapen@morganlawfirm.com; Jeffrey Backman; Richard Epstein; Raul Valero; Brian Cummings; benlangille@outlook.com; benlangille44@gmail.com
**Cc:** Tiffany N. Hardy; ABRAHAM KLEINMAN; jsiprut@siprut.com; isalam@siprut.com; kshamberg@litedepalma.com
**Subject:** Jackson v. CCL, 14-cv-2485

Dear Counsel,

Attached please find a Notice of 30(B)(6) Depositions to Adsource Marketing, Ltd.

Sincerely,

Noah Rubiner Steimel
Paralegal to Tiffany N. Hardy

Edelman, Combs, Latturner, and Goodwin, LLC
20 S. Clark St., 15th Floor
Chicago, IL 60603
Phone: (312) 917-4524
Fax: (312) 419-0379
nsteimel@edcombs.com