# "EXHIBIT 6"

| | |
|---|---|
| **From:** | Tiffany N. Hardy |
| **To:** | Jeffrey Backman |
| **Cc:** | Brian Cummings; ABRAHAM KLEINMAN; Cathleen M. Combs; Noah Steimel |
| **Subject:** | RE: Jackson v. CCL, 14-cv-2485 (20581.0192) [IWOV-ACTIVE.FID8708511] |
| **Date:** | Monday, June 01, 2015 8:15:16 PM |
| **Importance:** | High |

However, please note that we do **not** intend to proceed with the dep on June 9th.

Tiffany N. Hardy
Edelman Combs Latturner & Goodwin, LLC
(312)739-4200
(312)419-0379 (fax)

**From:** Jeffrey Backman [mailto:Jeffrey.Backman@gmlaw.com]
**Sent:** Monday, June 01, 2015 12:43 PM
**To:** Tiffany N. Hardy
**Cc:** Brian Cummings
**Subject:** Re: Jackson v. CCL, 14-cv-2485 (20581.0192) [IWOV-ACTIVE.FID8708511]

Hi Tiffany, I just wanted to follow up on this. Are you intending on moving forward regardless of Mr. Langille's E-mail? Or will you be serving a notice of cancellation or re notice of the depo?

Thanks,

Sent from my iPhone

On May 28, 2015, at 1:27 PM, "Jeffrey Backman" <Jeffrey.Backman@gmlaw.com> wrote:

> Please let me know how you intend to proceed so that I can plan accordingly. Thanks
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** ben langille <benlangille@outlook.com>
>> **Date:** May 26, 2015 at 2:15:12 PM EDT
>> **To:** Jeffrey Backman <jeffrey.backman@gmlaw.com>, 'Noah Steimel' <nsteimel@edcombs.com>, "seapen@morganlawfirm.com" <seapen@morganlawfirm.com>, Richard Epstein <richard.epstein@gmlaw.com>, Raul Valero <raul.valero@gmlaw.com>, Brian Cummings <brian.cummings@gmlaw.com>, "benlangille44@gmail.com" <benlangille44@gmail.com>
>> **Cc:** "Tiffany N. Hardy" <thardy@edcombs.com>, ABRAHAM KLEINMAN <akleinman@kleinmanllc.com>, "jsiprut@siprut.com" <jsiprut@siprut.com>, "isalam@siprut.com" <isalam@siprut.com>, "kshamberg@litedepalma.com" <kshamberg@litedepalma.com>, Khia Joseph <khia.joseph@gmlaw.com>

**Subject: RE: Jackson v. CCL, 14-cv-2485 (20581.0192) [IWOV-ACTIVE.FID8708511]**

Hi Jeffrey,

Sorry for the late reply.

It will be impossible for me to be ready for a deposition on June.9th. I have been out of the country since last September, just returning a few weeks ago.
We are currently looking for legal council and get back to you very soon about new dates for the deposition.

Thanks,

**Ben Langille**
President - Vatara Marketing Ltd.

(O): 902 405 8390
(C): 902 222 2568

benlangille@outlook.com

This email message and information contained in or attached to this message may be privileged, confidential, and protected from disclosure and is intended only for the person or entity to which it is addressed. If you are not the intended recipient any retransmission, dissemination, printing or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you received this message in error, please immediately inform the sender by reply e-mail and delete the message and any attachments.

From: Jeffrey.Backman@gmlaw.com
To: nsteimel@edcombs.com; seapen@morganlawfirm.com; Richard.Epstein@gmlaw.com; Raul.Valero@gmlaw.com; Brian.Cummings@gmlaw.com; benlangille@outlook.com; benlangille44@gmail.com
CC: thardy@edcombs.com; akleinman@kleinmanllc.com; jsiprut@siprut.com; isalam@siprut.com; kshamberg@litedepalma.com; Khia.Joseph@gmlaw.com
Subject: RE: Jackson v. CCL, 14-cv-2485 (20581.0192) [IWOV-ACTIVE.FID8708511]
Date: Thu, 21 May 2015 17:32:10 +0000

Ben, I see you were a recipient to the E-mail below. Before I incur the costs associated with attending this deposition, please confirm whether you intend to appear on the date and time noticed.

Sincerely,

***Jeffrey A. Backman, Esq.***

*Shareholder*

200 East Broward Boulevard

Suite 1800

Fort Lauderdale, FL 33301

Toll Free - (888)491-1120

Direct Fax - (954)213-0140

Direct Dial - (954)734-1853

Email: jeffrey.backman@gmlaw.com

http://www.gmlaw.com

gm-horizontal-two-color.jpg


---

**From:** Noah Steimel [mailto:nsteimel@edcombs.com]
**Sent:** Wednesday, May 20, 2015 4:20 PM
**To:** seapen@morganlawfirm.com; Jeffrey Backman; Richard Epstein; Raul Valero; Brian Cummings; benlangille@outlook.com; benlangille44@gmail.com
**Cc:** Tiffany N. Hardy; ABRAHAM KLEINMAN; jsiprut@siprut.com; isalam@siprut.com; kshamberg@litedepalma.com
**Subject:** Jackson v. CCL, 14-cv-2485

Dear Counsel,

Attached please find a Notice of 30(B)(6) Depositions to Adsource

Marketing, Ltd.

Sincerely,

Noah Rubiner Steimel

Paralegal to Tiffany N. Hardy

Edelman, Combs, Latturner, and Goodwin, LLC

20 S. Clark St., 15th Floor

Chicago, IL 60603

Phone: (312) 917-4524

Fax: (312) 419-0379

nsteimel@edcombs.com

The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have
received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.

<image001.jpg>

The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any

dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.