# "EXHIBIT 9"

| From: | Tiffany Hardy |
|---|---|
| To: | Jeffrey Backman; Richard Epstein; Brian Cummings |
| Cc: | ABRAHAM KLEINMAN; Shelby Kost; Kyle A. Shamberg; Katrina Carroll; "Joseph Siprut"; Ismael Salam |
| Subject: | Jackson v. CCL |
| Date: | Friday, April 08, 2016 6:15:14 PM |

Counsel,

We are preparing to serve a deposition notice on AdSource. Please advise of your availability for the depositions. If we don't hear from you by Tuesday, April 12, 2016 we will select a date. Also please advise of your availability to confer pursuant to the Courts' order.

Thank you,

Tiffany N. Hardy
Edelman Combs Latturner & Goodwin, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312)739-4200 (Telephone)
(312)419-0379 (Fax)