IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD GORDON, individually and on behalf of all others similarly situated, | ) ) ) Case No. 1:14-cv-05848 |
| Plaintiff, | ) ) The Honorable John Z. Lee ) ) |
| v. | ) ) |
| CARIBBEAN CRUISE LINE, INC., a Florida corporation, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF CHANGE OF FIRM AFFILIATION

The undersigned, one of the attorneys representing Plaintiff in the above-captioned matter, has changed firms. Counsel's new contact information is as follows:

>Katrina Carroll
>Carlson Lynch LLP
>111 W. Washington Street
>Suite 1240
>Chicago, IL 60602
>Email: kcarroll@carlsonlynch.com
>Phone: 312-750-1265

>Respectfully submitted,

>*/s/ Kat Carroll*

>Katrina Carroll
>Carlson Lynch LLP
>111 W. Washington Street
>Suite 1240
>Chicago, IL 60602
>Email: kcarroll@carlsonlynch.com
>Phone: 312-750-1265

Dated: June 6, 2019

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 6, 2019, the foregoing Notice of Change of Firm Affiliation was filed electronically. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

Date: June 6, 2019

                                                              Katrina Carroll