IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD GORDON, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>CARIBBEAN CRUISE LINE, INC., and )<br>TRAVEL REWARDS, LLC, )<br>)<br>　　　　Defendants. )<br>_____ ) | Case No. 1:14-cv-5848<br><br>Hon. John Z. Lee |

## JOINT MOTION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE

Plaintiff Richard Gordon and Defendant Caribbean Cruise Line, Inc., by and through their respective undersigned counsel, respectfully submit this Joint Motion to Modify the Summary Judgment Briefing Schedule. In support of this Motion, the Parties state as follows:

1. On January 28, 2020, this Court entered an Order setting forth a briefing schedule for Plaintiff's Motion for Summary Judgment. (Dkt. No. 172.) The Court's Order also stated that "If the parties will be filing cross motions for summary judgment, they should file a joint motion with a proposed briefing schedule." (Id.)

2. The Parties intend to file cross motions for summary judgment.

3. Accordingly, the Parties respectfully request that the Court modify the briefing schedule set forth in its January 28, 2020 Order to reflect the following briefing schedule for their respective motions for summary judgment:

　　a. March 13, 2020: Plaintiff's Motion for Summary Judgment;

　　b. April 17, 2020: Defendant's Combined Motion for Summary Judgment and Response in Opposition to Plaintiff's Motion;

1

      c. May 15, 2020: Plaintiff's Combined Reply in Support of His Motion and Response in Opposition to Defendant's Motion;

      d. June 12, 2020: Defendant's Reply in Support of Its Motion.

4. No party would be prejudiced by the relief requested herein, and good cause exists to modify the briefing schedule.

WHEREFORE, the Parties respectfully request that the Court: grant this Motion; modify the briefing schedule as set forth in Paragraph 3 above; and grant such other and further relief as this Court deems just and proper under the circumstances.

Dated: January 29, 2020             Respectfully submitted,

| CARIBBEAN CRUISE LINE, INC., | RICHARD GORDON, |
|---|---|
| /s/ Timothy A. Hudson<br>      One of Its Attorneys | /s/ Kyle A. Shamberg<br>      One of His Attorneys |
| Timothy A. Hudson<br>TABET DIVITO & ROTHSTEIN, LLC<br>209 S. LaSalle Street, Suite 700<br>Chicago, Illinois 60604<br>Telephone: (312) 762-9450<br>thudson@tdrlawfirm.com | Kyle A. Shamberg<br>CARLSON LYNCH, LLP<br>111 W. Washington Street, Suite 1240<br>Chicago, Illinois 60602<br>Telephone: (312) 750-1265<br>kshamberg@carlsonlynch.com |