# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

RICHARD GORDON,

                Plaintiff,

v.

CARIBBEAN CRUISE LINE, INC.,

                Defendant.

Civil Action No. 14-CV-5848

## STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)

IT IS HEREBY STIPULATED and agreed between the parties to this Stipulation to Dismiss, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), that all claims, including cross-claims, counterclaims, and third party complaints, are voluntarily dismissed pursuant to settlement, with prejudice as to Plaintiff Richard Gordon and without costs or fees to any party, and all matters between and amongst these parties having been resolved.

Respectfully submitted,

| | |
|---|---|
| Dated: April 13, 2020 | Dated: April 13, 2020 |
| /s/ Katrina Carroll | /s/ Jeffrey A. Backman |
| Katrina Carroll | Jeffrey A. Backman |
| Kyle A. Shamberg | **GREENSPOON MARDER LLP** |
| **CARLSON LYNCH LLP** | 200 East Broward Boulevard |
| 111 W. Washington Street, Suite 1240 | Suite 1800 |
| Chicago, IL 60602 | Fort Lauderdale, FL 33301 |
| Telephone: (312) 750-1265 | Toll Free - (888)491-1120 |
| kcarroll@carlsonlynch.com | Direct Fax - (954)213-0140 |
| kshamberg@carlsonlynch.com | Direct Dial - (954)734-1853 |
| | Email: jeffrey.backman@gmlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

804986.1