# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Richard Gordon

                Plaintiff,

v.

Caribbean Cruise Line, Inc., et al.

                Defendant.

Case No.: 1:14–cv–05848
Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 14, 2020:

    MINUTE entry before the Honorable John Z. Lee: Pursuant to the stipulation of dismissal, all claims, cross–claims, counterclaims and third party complaints are voluntarily dismissed pursuant to settlement with prejudice as to Plaintiff Richard Gordon and without fees and costs to either party. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.